THE STATE EX REL. HALL, APPELLEE, *v.* INDUSTRIAL
COMMISSION OF OHIO, APPELLANT.

[Cite as *State ex rel. Hall v. Indus. Comm.* (1996), 76 Ohio St.3d 53.]

(No. 95–619—Submitted June 5, 1996—Decided July 3, 1996.)

54

*Weiner & Suit Co., L.P.A.,* and *Paul W. Newendorp,* for appellee.

*Betty D. Montgomery,* Attorney General, and *Diane M. Meftah,* Assistant Attorney General, for appellant.

*Per Curiam.* On authority of *State ex rel. Holman v. Longfellow Restaurant* (1996), 76 Ohio St.3d 44, 665 N.E.2d 1123, the judgment of the court of appeals is hereby reversed.

*Judgment reversed.*

MOYER, C.J., PFEIFER, COOK and STRATTON, JJ., concur.

DOUGLAS, J., dissents.

RESNICK and F.E. SWEENEY, JJ., dissent and would affirm the judgment of the court of appeals.